# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL DAVITT, | ) | |
| Plaintiff, | ) | 3:09-cv-00510-ECR-RAM |
| vs. | ) | |
| | ) | **ORDER** |
| TIM VIDRINE, | ) | |
| Defendant. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed June 2, 2010, the Magistrate Judge directed plaintiff to submit the filing fee for this action within fifteen days. (Docket #3).

The order of June 2, 2010 was apparently delivered to plaintiff, as it was not returned undelivered. Plaintiff has not responded to the order. More than the allotted time has elapsed and plaintiff has not paid the filing fee, and he has not responded in any manner to the Court's order. Therefore, plaintiff's action shall be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with this Court's order. The Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 23rd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE